UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV15-08187 JAK (JEMx) | Date | March 21, 2016 |
|---|---|---|---|
| Title | Sergio Gutierrez v. Stericycle, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Kevin T. Barnes | Raymond Etcheverry |
| | W. Mark Gavre |

**Proceedings:**   **PLAINTIFF'S MOTION TO REMAND TO STATE COURT (DKT. 16)**

**SCHEDULING CONFERENCE**

The motion hearing is held. Counsel address the Court regarding the issues raised by the Court. The Court takes the Motion UNDER SUBMISSION and will issue a written ruling.

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' March 11, 2016 Joint Report. If the Motion is denied, the Court will set the following deadlines:

| | |
|---|---|
| April 15, 2016: | Last day to amend or add parties |
| TBD: | Last day to participate in a settlement conference/mediation |
| TBD: | Last day to file notice of settlement / joint report re settlement |
| TBD: | Post Mediation Status Conference |
| September 19, 2016: | Last day to file motion for class certification |
| November 21, 2016: | Last day to file response to motion for class certification |
| December 19, 2016: | Last day to file reply to motion for class certification |
| January 9, 2017 at 8:30 a.m.: | Hearing on motion for class certification |
| May 8, 2017: | Non-Expert Discovery Cut-Off |
| May 22, 2017: | Initial Expert Disclosures |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV15-08187 JAK (JEMx) | Date | March 21, 2016 |
|---|---|---|---|
| Title | Sergio Gutierrez v. Stericycle, Inc. | | |

| | |
|---|---|
| June 5, 2017: | Rebuttal Expert Disclosures |
| June 19, 2017: | Expert Discovery Cut-Off; Last day to file motions *(including discovery motions)* |
| September 11, 2-17: | Last day to hear motions *(including discovery motions)* |
| October 6, 2017 | Anticipated Rulings |
| October 23, 2017: | Last day to file all pretrial documents |
| November 6, 2017 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |
| December 5, 2017 at 9:00 a.m.: | Jury Trial (est. days TBD) |

The Court grants the parties' request to participate in a settlement conference with a private neutral. Within 10 days of the issuance of the final order on the Motion, if such order denies the Motion, counsel shall file a stipulation and proposed order, which shall include the agreed upon private neutral and anticipated date the mediation will be completed. Upon review of the stipulation, the Court will set the dates regarding settlement.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 8.

**IT IS SO ORDERED.**

|   |   : | 47 |
|---|---|---|
| | Initials of Preparer | ak |