Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Sahag Majarian II, Esq. (#146621)
LAW OFFICES OF SAHAG MAJARIAN II
18250 Ventura Boulevard
Tarzana, CA 91356-4229
Tel.: (818) 609-0807 / Fax: (818) 609-0892
Email: SahagII@aol.com

Attorneys for Plaintiffs KENNETH MONIZ
And KEVIN HENSHAW, on behalf of
themselves and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GUTIERREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STERICYCLE, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No: 2:15-cv-08187-JAK(JEMx)<br>Honorable John A. Kronstadt<br>Courtroom 10B<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   March 12, 2018<br>Time:   8:30 a.m.<br>Judge: Hon. John A. Kronstadt<br>Courtroom:  10B<br><br>Action filed: August 14, 2014<br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT on March 12, 2018 at 8:30 a.m. in Courtroom 10B of the United States District Court, Central District located at 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012, Plaintiffs and Defendant will move for an order granting preliminary approval for the class and collective

- 1 -
**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

action settlement, for an order appointing Kenneth Moniz and Kevin Henshaw as the Class Representatives of the proposed settlement Class, and for an order confirming the appointment of Law Offices of Kevin T. Barnes and Law Offices of Sahag Majarian II as Class Counsel for the settlement Class.  Good cause exists for the granting of the Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Declarations of Plaintiffs' counsel, the Memorandum of Points and Authorities set forth below, and on such oral and documentary evidence as may be presented at the hearing of the Motion.

This motion is made following numerous conference of counsel under Local Rule 7-3; the motion is anticipated to be unopposed by Defendant.

No oral argument will be necessary unless it is requested by the Court.

Dated: February 5, 2018   LAW OFFICES OF KEVIN T. BARNES
　　　　　　　　　　　　　　LAW OFFICES OF SAHAG MAJARIAN II

　　　　　　　　　　　　　　By:   */s/ Kevin T. Barnes*
　　　　　　　　　　　　　　　　　Kevin T. Barnes, Esq.
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

- 2 -

**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**