UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GUTIERREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STERICYCLE, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No: 2:15-cv-08187-JAK(JEMx)<br><br>**CLASS ACTION: FINAL JUDGMENT**<br><br>**JS-6** |

Pursuant to the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement, Attorney Fees, Costs and Class Representative Enhancements (Dkt. 71) entered on March 22, 2019, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

1. The Settlement Class consists of the following:

"All non-exempt hourly employees who worked for Stericycle in California at an time between August 14, 2010 and September 18, 2017, except the class shall

not include: (1) members of the settlement class in the class action *Butler v. Stericycle, Inc.*; (2) any non-exempt employees who worked for Stericycle in California but was hired on or after April 1, 2017; (3) any other individuals who have filed their own lawsuits asserting any of the claims raised in the *Gutierrez v. Stericycle, Inc* lawsuit; or (4) any Class Member who entered into a general release as part of a settlement of a lawsuit."

2. This Settlement Releases Defendant Stericycle, Inc. and the Released Parties in this matter.

3. Neither this Final Judgment nor the Settlement shall constitute an admission by Defendant of any liability or wrongdoing, nor is this Final Judgment a finding of the validity or invalidity of any claims in the action or a finding of liability or wrongdoing by Defendant.

4. Without affecting the finality of the Judgment in any way, the Court shall retain exclusive and continuing jurisdiction over the above-captioned parties, for purposes of supervising, administering, implementing, enforcing, and interpreting the Settlement Agreement and the Final Approval Order.

5. In the event that the Effective Date of the Settlement does not occur, this Judgment shall be rendered null and void and any class certified for settlement purposes will be vacated and any other order entered by the Court in furtherance of this Settlement shall be treated as void ab initio. In such an event, the Parties shall return to the status quo as if the Parties had not entered into this Settlement, as provided in the Settlement Agreement.

IT IS SO ORDERED.

Dated: April 11, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE